1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

IN AND FOR EASTERN DISTRICT OF CALIFORNIA

DONNA L. MURRAY

        Plaintiff,

vs.

PRUDENTIAL INSURANCE COMPANY OF AMERICA

        Defendants.

_____/

**Case No.  09-cv-03480 MCE JFM**

**STIPULATION RE: MODIFICATION OF PRETRIAL SCHEDULING ORDER; ORDER**

    The court, having reviewed the STIPULATION EXTENDING DATES FOR CLOSE OF DISCOVERY AND DISCLOSURE OF EXPERT WITNESSES submitted by the parties on April 11, 2011, HEREBY finds as follows:

    Although a stipulation by the parties, without more, may not constitute "good cause" to modify a Pretrial Scheduling Order pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the court finds that the parties herein have shown "good cause" herein on the grounds that:

    A)    they have properly and diligently participated in pretrial discovery;

    B)    they have engaged in settlement discussions; and

    C)    they desire additional time to engage in an alternate dispute resolution process which may resolve the matter without trial.

1 | Although the Court notes that the parties have suggested retaining the currently
2 | scheduled Final Pretrial Conference and trial dates, the Court finds the extensions
3 | being proposed impinge too closely on the February 12, 2012 trial date now set in this
4 | matter. Accordingly, the Court continues that trial date to April 2, 2012. An amended
5 | Pretrial Scheduling Order will be issued setting forth other applicable deadlines in
6 | conjunction with that new trial date.
7 | IT IS SO ORDERED.
8 | Dated: April 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE