| | |
|---|---|
| 1 | **DANIEL S. GLASS   SBN 140819** |
|   | **ATTORNEY AT LAW** |
| 2 | **641 Fulton Ave., Suite 200** |
|   | **Sacramento, CA 95825** |
| 3 | (916) 447-5697 |
| 4 | Attorney for plaintiff |
|   | Donna L. Murray |

**Christina Hull Eikhoff, Esq.**
**ALSTON & BIRD, LLP**
**One Atlantic Center**
**1201 Peachtree St.**
**Atlanta, GA   30309-3424**

Attorneys for defendant
The Prudential Insurance Company of America

UNITED STATES DISTRICT COURT

IN AND FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA L. MURRAY | **Case No.  09-cv-03480 MCE JFM** |
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER** |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA | Trial date:  February 27, 2012 |
| Defendants. | Discovery Cut Off: April 27, 2011 |
| _____/ | |

**IT IS HEREBY STIPULATED** by and between the parties to the above captioned case, by and through their respective counsel of record, plaintiff Donna L. Murray, being represented by Daniel S. Glass, Esq., and defendant the Prudential Insurance Company of America, being represented by Christina Hull Eikhoff, Esq., ALSTON & BIRD, LLP, One Atlantic Center, 1201 Peachtree St., Atlanta, GA   30309-3424,  that the above captioned action be, and hereby is dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

///

///

Each party agrees to bear their own costs and fees.

Dated:   June 14, 2011

                                        _____/s/_____
                                        Daniel S. Glass, Esq. Attorney for
                                                  Plaintiff Donna L. Murray

Dated:   June 14, 2011

                                        _____/s/_____
                                        Christina Hull Eikhoff, Esq.
                                        ALSTON & BIRD, LLP
                                        Attorneys for Defendant The Prudential
                                        Insurance Company of America

### ORDER

Pursuant to the parties' stipulation, this matter is dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.   The Clerk of Court is directed to close the file.

Dated: June 20, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE